**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP CHARLES AUGHT, JR., <br><br> Plaintiff <br><br> v. <br><br> OMNI LIMOUSINE, INC., <br><br> Defendant | Case No.: 2:24-cv-01324-APG-MDC <br><br> **Order Accepting Report and Recommendation and Dismissing Case** <br><br> [ECF No. 6] |

On November 13, 2024, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Phillip Aught, Jr. did not pay the filing fee or file a proper application to proceed in forma pauperis by the given deadline. ECF No. 6.  Aught, Jr. did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 6) is accepted**, and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 2nd day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE